**Opinion issued October 20, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-16-00759-CV

————————————

**IN RE JEFF FISHER, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF BLAVESCO, LIMITED, INDEPENDENCE CONSTRUCTION & FINANCING CO., 1776 AMERICAN PROPERTIES IV, L.L.C., 1776 AMERICAN PROPERTIES V, L.L.C., 1776 AMERICAN PROPERTIES VI, L.L.C., 1776 AMERICAN PROPERTIES VII, L.L.C., 1776 AMERICAN PROPERTIES VIII, L.L.C., STAUNTON STREET PARTNERS, L.L.C., APRF SP1-1, L.L.C., HAZELWOOD MANAGEMENT SERVICES, L.L.C., ARICA LANE, L.L.C., AUSTIN ROAD PARTNERS, L.L.C., HAZELWOOD BROWNSTONE, L.L.C., HIGHRIDGE MANAGEMENT SERVICES, L.L.C., HIGH RIDGE BELTWAY 8 MANAGEMENT SERVICES, L.L.C., REIMS HOLDING, L.L.C., RYBAR HOLDINGS, L.L.C. AND WORLDWIDE PROPERTY GROUP, INC., RELATORS**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relators have filed a petition for a writ of mandamus, challenging an order granting a temporary injunction.[1] To obtain mandamus relief, relators must show that the trial court clearly abused its discretion and they have no adequate remedy by appeal. *In re Team Rocket, L.P.*, 256 S.W.3d 257, 259 (Tex. 2008) (orig. proceeding) (citing *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–40 (Tex. 2004) (orig. proceeding)). Section 51.014(a)(4) of the Civil Practices and Remedies Code provides for an interlocutory appeal from an order granting a temporary injunction. TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(4) (West Supp. 2016). An interlocutory appeal provides an adequate remedy. *See In re Henry*, 274 S.W.3d 185, 189 n.2 (Tex. App.–Houston [1st Dist.] 2008, orig. proceeding [mand. denied]). Because they may appeal the temporary injunction as provided for by section 51.014(a)(4), relators have an adequate remedy by appeal and have not established entitlement to mandamus relief. *See In re Willard Capital Corp.*, No. 14-16-00613-CV, 2016 WL 4205806, at *1 (Tex. App.—Houston [14th Dist.] Aug. 9, 2016, orig. proceeding) (mem. op.)

Accordingly, we deny the petition.

---

[1] The underlying case is *Heather Carlile, Individually and Derivatively on Behalf of Blavesco Limited v. Jeff Fisher and Independence Construction Finance Co.*, Cause No. 2016-39514, in the 11th District Court of Harris County, Texas, the Honorable Michael K. Miller presiding.

## PER CURIAM

Panel consists of Justices Bland, Massengale, and Lloyd.